ANNA Y. PARK, Regional Attorney, CA Bar No. 164242
SUE J. NOH, Senior Trial Attorney, CA Bar No. 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1082
Facsimile: (213) 894-1301
Email: sue.noh@eeoc.gov
       lado.legal@eeoc.gov

Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>REPUBLIC SERVICES, INC. REPUBLIC SILVER STATE DISPOSAL, INC., DOES 1-10, inclusive,<br><br>　　　　　Defendants.<br><br><br>ROBERT LAROCCA and WILLIAM LACY,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>REPUBLIC SERVICES, INC., a Delaware corporation, REPUBLIC SILVER STATE DISPOSAL, INC., a Nevada Corporation, DOES 1-25,<br><br>　　　　　Defendants. | Case No.: No. CV-S-04-1352-DAE-LRL<br><br>**Consolidated with**<br><br>Case No.: CV-S-04-1479-DAE-LRL<br><br>**STATUS REPORT RE: CONSENT DECREE; [PROPOSED] ORDER** |

Pursuant to the Order of the Honorable Lawrence R. Leavitt, United States Magistrate Judge (Docket No. 309), counsel for Defendants Republic Services, Inc. ("RSI") and Republic Silver State Disposal, Inc. ("RSSD") and Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") were ordered to file a final proposed consent decree by July 9, 2010. The EEOC and Defendants have exchanged another red-lined version and are in the process of discussing the remaining issues. The parties have agreed on almost all of the language in principle, with only minor revisions left to draft and review. The parties believe in good faith that they will be able to finalize the decree following additional discussion, but will not be able to file the final proposed decree by the current deadline. Various representatives for the parties, however, are scheduled to take vacations during the next month and a half. In an attempt to address the lack of availability of the parties, and with the expectation that no further extension will likely be necessary if the requested additional time is provided, the parties request an extension of time from July 9, 2010 to August 25, 2010 to finalize and file the proposed decree. This extension should be sufficient to accommodate the attorneys schedules and allow for finalization of the remaining language in the decree.

Dated: July 9, 2010

Respectfully submitted,

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

BY: ___/s/ Sue J. Noh___
Sue J. Noh
Attorneys for Plaintiff EEOC

Dated: July 9, 2010

LITTLER MENDELSON

BY: ___/s/ Bruce Young___
Bruce Young
Attorneys for Defendants RSI and RSSD

### ORDER

For good cause shown, it is order that the deadline for the EEOC and Defendants to file the final proposed consent decree is extended from July 9, 2010 to August 25, 2010.

IT IS SO ORDERED.

Dated: July 12, 2010

_____
Hon. Lawrence R. Leavitt
UNITED STATES DISTRICT JUDGE