ANNA Y. PARK, Regional Attorney, CA Bar No. 164242
SUE J. NOH, Senior Trial Attorney, CA Bar No. 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1082
Facsimile:  (213) 894-1301
Email:  sue.noh@eeoc.gov
            lado.legal@eeoc.gov

Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>REPUBLIC SERVICES, INC. REPUBLIC SILVER STATE DISPOSAL, INC., DOES 1-10, inclusive,<br><br>　　　　　Defendants.<br><br><br>ROBERT LAROCCA and WILLIAM LACY,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>REPUBLIC SERVICES, INC., a Delaware corporation,  REPUBLIC SILVER STATE DISPOSAL, INC.,  a Nevada Corporation, DOES 1-25,<br><br>　　　　　Defendants. | Case No.: No. CV-S-04-1352-DAE-LRL<br><br>**Consolidated with**<br><br>Case No.: CV-S-04-1479-DAE-LRL<br><br>**STATUS REPORT RE:  CONSENT DECREE; [PROPOSED] ORDER** |

Pursuant to the Order of the Honorable Lawrence R. Leavitt, United States Magistrate Judge (Docket No. 314), counsel for Defendants Republic Services, Inc. ("RSI") and Republic Silver State Disposal, Inc. ("RSSD") and Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") were ordered to file a final proposed consent decree by September 9, 2010.  The EEOC and Defendants have exchanged red-lined versions of the proposed consent decree, most recently on September 7, 2010. However, decision-makers for Defendants were not available to review the September 7, 2010 proposed changes to the decree by the EEOC between September 7-9, 2010.  The EEOC and Defendants request a brief extension of time to file the consent decree by September 16, 2010.

Dated:  September 9, 2010

Respectfully submitted,

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

BY:_____/s/ Sue J. Noh_____
        Sue J. Noh
Attorneys for Plaintiff EEOC

Dated:  September 9, 2010

LITTLER MENDELSON

BY:_____/s/Bruce Young_____
        Bruce Young
Attorneys for Defendants RSI and RSSD

**ORDER**

For good cause shown, it is order that the deadline for the EEOC and Defendants to file the final proposed consent decree is extended from September 9, 2010 to September 16, 2010.

IT IS SO ORDERED.

Dated:  September 10, 2010

_____
Hon. Lawrence R. Leavitt
UNITED STATES MAGISTRATE JUDGE